1  Harry P. "Hap" Weitzel (SBN 149934)
2  Jeffrey M. Goldman (SBN 233840)
   Pepper Hamilton LLP
3  4 Park Plaza, Suite 1200
   Irvine, California  92614
4  Telephone:  949.567.3500
   Fax:  949.863.0151
5  E-mail: weitzelh@pepperlaw.com
6  E-mail: goldmanj@pepperlaw.com

7

8  Attorneys for ADT SECURITY SERVICES INC. and
   ADT SECURITY SYSTEMS, WEST, INC.
9

10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| JOHN FAULKNER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADT SECURITY SERVICES, INC.; ADT SECURITY SYSTEMS, WEST, INC.; TYCO INTERNATIONAL (U.S.) INC. and DOES 1 through 10,<br><br>Defendant. | Case No. CV 11-0968-JSW<br><br>Honorable:  Jeffrey S. White<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT No. 1:  CD WITH AUDIO FILES, IN SUPPORT OF DEFENDANTS ADT SECURITY SERVICES, INC. AND ADT SECURITY SYSTEMS, WEST, INC.'S NOTICE OF MOTION AND MOTION TO**<br><br>**(1) DISMISS PLAINTIFF JOHN FAULKNER'S COMPLAINT;**<br><br>**OR, IN THE ALTERNATIVE**<br><br>**(2) STRIKE CLASS ALLEGATIONS** |

## MANUAL FILING NOTIFICATION

<u>Regarding</u>: Exhibit No. 1 to the Motion to Dismiss

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
   _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal in Criminal Case

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X] Other (description): <u>Audio CD Containing Recordings</u>_____
   _____

| | | |
|---|---|---|
| 1 | Dated: March 21, 2011 | PEPPER HAMILTON LLP |
| 2 | | |
| 3 | | By: /s/ Jeffrey M. Goldman |
| 4 | | Jeffrey M. Goldman |
| | | Attorney for ADT Security Services, |
| 5 | | Inc.; and ADT Security Systems, West, |
| 6 | | Inc. |

#14032897 v1     -3-

MANUAL FILING NOTIFICATION
EXHIBIT 1 TO DEFENDANTS ADT SECURITY SERVICES, INC. AND ADT SECURITY SYSTEMS, WEST, INC.'S NOTICE OF MOTION TO (1) DISMISS PLAINTIFF JOHN FAULKNER'S COMPLAINT; AND (2) STRIKE CLASS ALLEGATIONS – CV 11-0968-JSW