PRINT CLEARLY IN CAPITAL LETTERS
(USE BLACK INK ONLY)

1 2 3 A B C

The ADT Authorized Dealer Program is an approved Program of ADT Security Services, Inc. ("ADT"). Please refer any questions concerning the Program or the Dealer to ADT at 800-539-9690.

PROTECT YOUR HOME
6140606

○ Commercial ● Residential

**ALARM SERVICES CONTRACT**

N 035094936
Monitoring Account Number

Dealer's License No: ~~914-0606~~
6320

ADT Authorized Dealer Name and Address
("We" or "Us" or "Our")

THIS CONTRACT is made and entered into this date, 12/31/2008, by and between ▮

Customer Name ("You" or "Your") FALKNER JOHN

Located at ▮▮▮▮▮▮▮▮▮▮

Protect Your Home
5482 Wilshire Blvd. #1506
Los Angeles, CA 90036

FAIRFIELD CA 94534

Monitored Location Telephone 7 0 7 ▮▮▮▮

(the "Monitored Location"), and we, the Dealer set forth above, whose corporate offices are located at the Address set forth above. We agree to sell and install the security alarm system (the "Equipment") at the Monitored Location and to provide Monitoring Services and Limited and Extended Limited Warranty Service, if applicable (collectively, the "Services"), as indicated below and as more fully described herein, to you, and you agree to pay us the amounts summarized below, upon and subject to the terms and conditions of this Contract.

IF FAMILIARIZATION PERIOD IS REJECTED INITIAL HERE _____

**Basic Monthly Service, Burglary**
Service includes: Customer Monitoring Center Signal Receiving and Notification Service for Burglary, Manual Fire, and Manual Police Emergency

$ 

**Basic Monthly Service, Burglary with Extended Limited Warranty (Residential Customer Only)**
Service includes: Customer Monitoring Center Signal Receiving and Notification Service for Burglary, Manual Fire, and Manual Police Emergency along with Extended Limited Warranty during which you will be billed $25 for each trip made to the Monitored Location after the Limited Warranty period.

$ 33.99

Optional Electronic Monitoring Services: Monthly Rate:

~~Remote Access/Keyfob~~ $ 2.00
○ Fire Alarm/Smoke Detection $
○ Carbon Monoxide $
○ Two Way Voice $
○ Cellguard Backup $
○ Investigator Response $
~~MRF~~ $ 1.00
○ Other_____ $

Total Monthly Service Charge $ 36.99

BILLING FREQUENCY FOR ALL CHARGES:
Monthly
● Quarterly
Semi-Annually
Annually

AUTO PAYMENT INFO:
Checking Account
Savings Account
Debit/Credit Card
● Other

Affinity Name _DM_

See Attached Schedule of Protection, If Applicable, for Terms and Conditions of Purchase

$ 99.00
Purchase Amount Total
(Proof of payment required)

**TERM OF CONTRACT:** The initial term of this Contract is for ~~three (3) years.~~ (2) Two. Our alarm monitoring and notification services will begin when the equipment is installed and is operational, and when the necessary communications connection is completed. This Contract will automatically renew for successive thirty (30) day terms unless terminated by either party's written notice at least thirty (30) days before the end of the then-current term. If terminated, this contract ends on the last day of the then-current term.

**Notice To Consumers** – This is to advise you that Authorized Dealer is an independent Authorized Dealer of ADT Security Services, Inc. The company with which you are now contracting for the installation and/or monitoring of your electronic security system is not an employee or agent of ADT Security Services, Inc. Upon finalization of your contract, it will be submitted to ADT Security Services, Inc. for approval and purchase of the monitoring of your system. You are hereby advised that ADT Security Services, Inc. reserves the right to reject or otherwise not purchase this contract. If this contract is tendered and rejected or otherwise not purchased, ADT Security Services, Inc. will promptly notify you of that decision so that you may make other arrangements if you so choose.

THE ENTIRE CONTRACT BETWEEN THE PARTIES CONSISTS OF THIS CONTRACT AND ALL APPLICABLE ATTACHMENTS WHICH TOGETHER SUPERCEDE ANY AND ALL OTHER AGREEMENTS, UNDERSTANDINGS, ADVERTISEMENTS, OR REPRESENTATIONS IN CONNECTION WITH THE SERVICES TO BE PROVIDED HEREIN.

YOU ADMIT THAT YOU HAVE READ THIS PAGE IN ADDITION TO THE ATTACHMENT WHICH CONTAINS IMPORTANT TERMS AND CONDITIONS FOR THIS CONTRACT BEFORE SIGNING. YOU STATE THAT YOU UNDERSTAND ALL THE TERMS AND CONDITIONS OF THIS CONTRACT, INCLUDING, BUT NOT LIMITED TO, PARAGRAPHS 5, 6, 7, 8, 9, and 10. YOU ARE AWARE OF THE FOLLOWING: NO ALARM SYSTEM CAN GUARANTEE PREVENTION OF LOSS; HUMAN ERROR IS ALWAYS POSSIBLE; ALARM SIGNALS MAY NOT BE RECEIVED IF THE TELEPHONE LINE OR OTHER ALARM TRANSMISSION SYSTEM IS CUT, INTERFERED WITH, OR OTHERWISE DAMAGED. A SECOND SHEET ACCOMPANIES THIS SHEET WITH ADDITIONAL TERMS AND CONDITIONS.

This Contract shall not be binding upon Dealer until signed by an Authorized Representative of Dealer. Dealer has no responsibility for monitoring services until all permits required by law are received.

**CANCELLATION RIGHT (Residential Customer only)**
YOU, THE CUSTOMER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT. Customer acknowledges being verbally informed of Customer's right to cancel at the time of execution of this Contract and receipt of this Notice. INITIAL:_____

Accepted By: _Chrystal McGuire 104347_
Sales Representative Signature    12/31/2008

Accepted and Copy Received by:

FALKNER
X_____
Customer's Signature

Accepted By: _____
Authorized Representative of Dealer    12/31/2008

JOHN
12/31/2008

Customer's Signature ▮

F5124-01(Rev. 08/04)    PAGE 1 OF 4

© 2004 ADT Security S
A _tyco_ INTERNATIONAL LTD

9009 ▮

COPY

REDACTED

# Emergency Information Schedule
## (All Applicable Information is Required)

PRINT CLEARLY IN CAPITAL LETTERS

I 2 3 A B C

Account Type: ☒ Install  ☐ Takeover  ☐ System Move

Monitor Account Number:
N 0 3 5 0 9 4 9 3 6  ☐ Commercial  ☒ Residential  ☒ Dealer  ☐ Contract Monitor

**PROTECT YOUR HOME**
6140606

Equipment Type:
SIMON 3

Confirmation Code:
C O 9 9 5 D 8 4

**Customer's Name:**

| Last Name: | First Name: | MI: | SSN: |
|---|---|---|---|
| FALKNER | JOHN | | ■■■■ |

Business Name:

Affinity Name: ■■■■

Site Address: ■■■■

Prewire: ☐ Yes  ☐ No

| City/Township: | County/Borough: | State: | Zip Code: |
|---|---|---|---|
| FAIRFIELD | SOLANO | CA | 94534 |

Map Page:  Cross Street: WOODCREEK

Time Zone: ☐ E  ☐ C  ☐ M  ☒ P

Billing Address:

Attention (Comm. Only):

City:  State:  Zip Code:

## REQUIRED - EMERGENCY INFORMATION

Permit Number:

| Police Department Name: | Phone Number: | Fire Department Name: | Phone Number: |
|---|---|---|---|
| SOLANO | 707 ■■■■ | SOLANO | 707 ■■■■ |

| Medical/Ambulance Name: | Phone Number: | Guard/Patrol Name: | Phone Number: |
|---|---|---|---|
| SOLANO | 707 ■■■■ | | |

**MONITORED LOCATION TELEPHONE**

Number 1: 707 ■■■■   Number 2:

A Personal Identification Code (PIC) must be issued to all users of the alarm including all people listed in the Key Holder section. A PIC must be no more than 10 characters in length, and may not contain any punctuation or spaces, offensive language, or non-standard spelling.

PIC HALFWING

## REQUIRED - KEY HOLDER/RESPONSIBLE PARTIES

In the event of an alarm, list in order of preference those individuals who should be called. Those listed may need to meet the authorities in response to an alarm signal, so they need to have access to the monitored location, a Personal Identification Code (PIC), and a code to turn the alarm system on and off. Check the Yes box under Emergency Call Verification (ECV) to indicate which individuals should be called prior to notification of authorities. At least one individual must be selected. These individuals are authorized by you to CANCEL the alarm. These individuals must be issued the PIC established on the account.

| # | Last Name: | First Name: | ECV | Phone Number: | Type |
|---|---|---|---|---|---|
| 1 | FALKNER | JOHN | ☒ Yes ☐ No | ■■■■ | ☐ Home ☒ Mobile/Cell ☐ Work |
| 2 | FALKNER | THERESA | ☐ Yes ☐ No | ■■■■ | ☐ Home ☒ Mobile/Cell ☐ Work |
| 3 | | | ☐ Yes ☐ No | | ☐ Home ☐ Mobile/Cell ☐ Work |
| 4 | | | ☐ Yes ☐ No | | ☐ Home ☐ Mobile/Cell ☐ Work |
| 5 | | | ☐ Yes ☐ No | | ☐ Home ☐ Mobile/Cell ☐ Work |

### Services

| Service | MONTHLY RATE: | | MONTHLY RATE: |
|---|---|---|---|
| ☐ Basic Burglary Service | $ | ☐ DSC Sky Route | $ |
| ☒ Basic Burglary Service with Extended Limited Warranty with $25 Trip Fee (Residential Only) | $33.99 | ☐ Alarm Net C Backup | $ |
| | | ☐ Guard Response | $ |
| ☒ Key Fob/Smoke/Carbon Monoxide | $ 2.00 | ☒ Other Invoicing | $ 1.00 |
| ☐ Two Way Voice | $ | ☐ Other | $ |

BILLING FREQUENCY: FOR ALL CHARGES
☒ Monthly
☐ Quarterly
☐ Semi-Annually
☐ Annually

PURCHASE AMOUNT TOTAL $ 99.00

TOTAL MONTHLY RATE $36.99

### Electronic Payment Options

Name as it appears on your bank account or credit card

Name of Bank/Credit Union

■■■■ (Bank Debit)

■■■■ or referenced credit card ■■■■ ... ions as outlined on the back of this form.

Customer's Signature _____  Date 12/31/08  Email

Authorized Dealer Signature: Chrystal McGuire  Date 12-31-08  Rep. # 104347

This document is incorporated into and made part of the Alarm Services Contract between Dealer and the Customer, the terms and conditions of which fully apply to this document. Customer is responsible for obtaining all alarm permits and providing permit information to ADT Authorized Dealer.

© 2004 ADT Security Services, Inc.
A tyco INTERNATIONAL LTD. COMPANY

F5005-05 (Rev. 9/03)

5884590256

REDACTED

## IMPORTANT TERMS AND CONDITIONS
### TABLE OF CONTENTS

| | |
|---|---|
| 1. Payments and Consumer Report | 18. Familiarization Period |
| 2. Early Termination | 19. Failure to Pay Charges or Honor Contract |
| 3. Increases in Charges | 20. Smoke Detector and Other Warnings |
| 4. Additional Charges and Offset Rights | 21. Communication Facilities |
| 5. We Are Not an Insurer | 22. Cancellation |
| 6. No Liability; Limited Liability | 23. Assignment |
| 7. Exclusive Damages Remedy | 24. Delays |
| 8. Hold Harmless | 25. Electronic Media |
| 9. Other Party's Limitation | 26. Medical |
| 10. Time to File Lawsuit or Other Action | 27. Testing |
| 11. Installation | 28. Third Party Installations |
| 12. Limited Warranty | 29. Notices and General Legal Matters |
| 13. Extended Limited Warranty (QSP) | 30. Inspection Service |
| 14. Warranty Exclusions | 31. Investigator Response Service |
| 15. No Other Warranties | 32. Entire Agreement |
| 16. Repairs and Parts Replacements | 33. License Information |
| 17. Alarm Monitoring and Notification Service | |

1. PAYMENTS AND CONSUMER REPORT. A. All charges are payable in advance. B. You authorize us to obtain a NON-INVESTIGATIVE CONSUMER REPORT about you from a consumer reporting agency at any time during the term. By your authorized signature, you authorize us or any of our representatives, employees, or assignees to request and obtain credit history from a credit bureau or other agency and that said credit bureau or other agency has your permission to release credit information to us, our assignees, representatives or employees. C. We reserve the right to charge you for incidental costs relating to each of the Services chosen by you during the initial term and renewal term.

2. EARLY TERMINATION. YOU AGREE THAT THE CHARGES DUE UNDER THIS CONTRACT ARE BASED ON YOUR AGREEMENT TO RECEIVE AND TO PAY FOR THE SERVICES FOR THREE (3) FULL YEARS. ACCORDINGLY, YOU AGREE THAT: IF YOU TERMINATE THIS CONTRACT DURING ITS INITIAL TERM, YOU WILL PAY US AN AMOUNT EQUAL TO 75% OF THE CHARGES TO BE PAID BY YOU DURING THE REMAINING INITIAL THREE (3) YEAR TERM OF THIS CONTRACT. THIS AMOUNT IS AGREED UPON DAMAGES AND IS NOT A PENALTY.

3. INCREASES IN CHARGES. We have the right to increase the annual service charge at any time after the first year. If you give us written objection to the increase within thirty (30) days of your receipt of notice of the increase, and if we do not waive the increase, then you may terminate this Contract effective thirty (30) days after our receipt of your written notice of termination. In this situation, you will not have to pay the early termination charges described in Paragraph 2.

4. ADDITIONAL CHARGES AND OFFSET RIGHTS. You agree to pay all directly or indirectly imposed false alarm assessments, taxes, fees or other charges of any police or fire department, or any other governmental body. You agree to pay all telephone or signal transmission company charges for area code, telephone numbering or other changes. You agree to pay us to reprogram the system if necessary to comply with any area code, telephone numbering or other changes. You agree to pay to us any increases in our cost for facilities used for transmitting alarm signals under this Contract. You agree to pay a service charge if our representative responds to a service call or alarm at your premises because you improperly followed operating instructions, failed to properly lock or close a window, door or other protected point or improperly adjusted CCTV cameras, monitors or accessories. Upon the early termination or the expiration of this Contract, you agree that we have the right to offset against any amounts or credits that we might owe to you (a) service charges for thirty (30) days, if the required written termination notice set forth in the Term of Contract paragraph above is not provided by you, (b) the contract termination charges set forth in paragraph 2 above, and (c) any other additional charges, amounts or deposits that you owe to us. If the amount of the offset equals or exceeds the amount that we owe to you or if we owe you a credit of five dollars ($5.00) or less, you agree that we will not be obligated to refund any amounts to you and you waive your right to receive this refund amount.

5. WE ARE NOT AN INSURER. WE ARE NOT AN INSURER AND YOU WILL OBTAIN FROM AN INSURER ANY INSURANCE YOU DESIRE. THE AMOUNT YOU PAY US IS BASED UPON THE SERVICES WE PERFORM AND THE LIMITED LIABILITY WE ASSUME UNDER THIS CONTRACT AND IS UNRELATED TO THE VALUE OF YOUR PROPERTY OR THE PROPERTY OF OTHERS LOCATED IN YOUR PREMISES. IN THE EVENT OF ANY LOSS OR INJURY TO ANY PERSON OR PROPERTY, YOU AGREE TO LOOK EXCLUSIVELY TO YOUR INSURER TO RECOVER DAMAGES. YOU WAIVE ALL SUBROGATION AND OTHER RIGHTS OF RECOVERY AGAINST US THAT ANY INSURER OR OTHER PERSON MAY HAVE AS A RESULT OF PAYING ANY CLAIM FOR LOSS OR INJURY TO ANY OTHER PERSON.

6. NO LIABILITY; LIMITED LIABILITY. IT WILL BE EXTREMELY DIFFICULT TO DETERMINE THE ACTUAL DAMAGES THAT MAY RESULT FROM OUR FAILURE TO PERFORM OUR DUTIES UNDER THIS CONTRACT. YOU AGREE THAT WE AND OUR ASSIGNEES, AGENTS, EMPLOYEES, SUBSIDIARIES, AFFILIATES AND PARENT COMPANIES ARE EXEMPT FROM LIABILITY FOR ANY LOSS, DAMAGE, INJURY OR OTHER CONSEQUENCE ARISING DIRECTLY OR INDIRECTLY FROM THE SERVICES (INCLUDING INTERNET/WEBSITE SERVICES) WE PERFORM OR THE SYSTEMS WE PROVIDE UNDER THIS CONTRACT. IF IT IS DETERMINED THAT WE OR ANY OF OUR ASSIGNEES, AGENTS, EMPLOYEES, SUBSIDIARIES, AFFILIATES OR PARENT COMPANIES ARE DIRECTLY OR INDIRECTLY RESPONSIBLE FOR ANY SUCH LOSS, DAMAGE, INJURY OR OTHER CONSEQUENCE, YOU AGREE THAT DAMAGES SHALL BE LIMITED TO THE GREATER OF $500 OR 10% OF THE ANNUAL SERVICE CHARGE YOU PAY UNDER THIS CONTRACT. THESE AGREED UPON DAMAGES ARE NOT A PENALTY. THEY ARE YOUR SOLE REMEDY NO MATTER HOW THE LOSS, DAMAGE, INJURY OR OTHER CONSEQUENCE IS CAUSED, EVEN IF CAUSED BY OUR NEGLIGENCE, GROSS NEGLIGENCE, FAILURE TO PERFORM DUTIES UNDER THIS CONTRACT, STRICT LIABILITY, FAILURE TO COMPLY WITH ANY APPLICABLE LAW, OR OTHER FAULT. AT YOUR REQUEST, WE MAY ASSUME ADDITIONAL LIABILITY BY ATTACHING AN AMENDMENT TO THIS CONTRACT STATING THE EXTENT OF OUR ADDITIONAL LIABILITY AND THE ADDITIONAL COST TO YOU. YOU AGREE THAT WE ARE NOT AN INSURER EVEN IF WE ENTER INTO ANY SUCH AN AMENDMENT.

7. EXCLUSIVE DAMAGES REMEDY. YOUR EXCLUSIVE DAMAGE AND LIABILITY REMEDIES ARE SET FORTH IN PARAGRAPH 6 ABOVE. WE ARE NOT LIABLE TO YOU OR ANY OTHER PERSON FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES.

8. HOLD HARMLESS. IN THE EVENT ANY LAWSUIT OR OTHER CLAIM IS FILED BY ANY OTHER PARTY AGAINST US OR OUR ASSIGNEES, AGENTS, EMPLOYEES, SUBSIDIARIES, AFFILIATES OR PARENT COMPANIES ARISING OUT OF THE SERVICES WE PERFORM OR THE SYSTEMS WE PROVIDE UNDER THIS CONTRACT, YOU AGREE TO BE SOLELY RESPONSIBLE FOR, AND TO INDEMNIFY AND HOLD US COMPLETELY HARMLESS FROM, SUCH LAWSUIT OR OTHER CLAIM INCLUDING YOUR PAYMENT OF ALL DAMAGES, EXPENSES, COSTS AND ATTORNEYS' FEES. THESE OBLIGATIONS WILL SURVIVE THE EXPIRATION OR EARLIER TERMINATION OF THIS CONTRACT. THESE OBLIGATIONS WILL APPLY EVEN IF SUCH LAWSUIT OR OTHER CLAIM ARISES OUT OF OUR NEGLIGENCE, GROSS NEGLIGENCE, FAILURE TO PERFORM DUTIES UNDER THIS CONTRACT, STRICT LIABILITY, FAILURE TO COMPLY WITH ANY APPLICABLE LAW, OR OTHER FAULT.

9. OTHER PARTY'S LIMITATION. IF YOU PURCHASED OUR SERVICES OR SYSTEMS THROUGH ANOTHER BUSINESS OR PERSON, OR FROM US THROUGH A REFERRAL FROM ANOTHER BUSINESS OR PERSON, YOU AGREE THAT SUCH OTHER BUSINESS OR PERSON ACTS SOLELY AS AN INDEPENDENT CONTRACTOR. SUCH BUSINESS OR PERSON SHALL HAVE NO RESPONSIBILITY OR LIABILITY TO YOU FOR THE PERFORMANCE OR NONPERFORMANCE OF THE SYSTEM OR SERVICES WE PROVIDE UNDER THIS CONTRACT. WITHOUT LIMITING THE ABOVE, YOU AGREE THAT THE LIABILITY OF SUCH OTHER BUSINESS OR PERSON IS, IN ANY EVENT, LIMITED IN ACCORDANCE WITH THE PROVISIONS OF THIS CONTRACT, INCLUDING BUT NOT LIMITED TO PARAGRAPHS 5, 6, 7, 8, 9 AND 10. YOU AGREE THAT SUCH BUSINESS OR PERSON AND ITS ASSIGNEES, AGENTS, EMPLOYEES, SUBSIDIARIES, AFFILIATES AND PARENT COMPANIES MAY INVOKE ALL OF OUR RIGHTS UNDER THESE PARAGRAPHS.

10. TIME TO FILE LAWSUIT OR OTHER ACTION. YOU AGREE TO FILE ANY LAWSUIT OR OTHER ACTION YOU MAY HAVE AGAINST US OR OUR ASSIGNEES, AGENTS, EMPLOYEES, SUBSIDIARIES, AFFILIATES OR PARENT COMPANIES WITHIN ONE (1) YEAR FROM THE DATE OF THE EVENT THAT CAUSED THE LOSS, DAMAGE OR LIABILITY.

11. INSTALLATION. We will install the equipment listed on the Schedule of Protection attached to this Contract in a workmanlike manner under the following conditions: A. Your premises will be available without interruption during our normal working hours; B. You understand that the installation will require drilling into various parts of your premises; C. You will provide us with 110 AC electrical outlets for our power equipment in locations designated by us; D. You will make arrangements for lifting and replacing carpeting, if required, for our installation of floor mats or wiring; E. You warrant that you (1) requested the equipment and services specified in this Contract for your own use and not for the benefit of any other party, (2) own the premises where the equipment is being installed or that you have the authority to authorize us to install such equipment in the premises, and (3) will comply with all laws, codes and regulations pertaining to the equipment we install and the services we provide under this Contract. Our intent is to conceal wiring in the finished areas of your premises. However, there may be areas where we determine, in our sole discretion, it is impractical to conceal the wiring. In such areas, wiring will be exposed. We shall not be liable for loss for water intrusion, mold, fungi, wet or dry rot or bacteria. The yard signs and window stickers shall remain the property of and may be removed by Dealer or its assignee. Your right to display them on your property during the term of this Contract is not transferable.

**ATTACHMENT TO ALARM SERVICES CONTRACT**
Important Terms and Conditions (continued)

12. LIMITED WARRANTY. During the first three (3) months after installation, we will repair or, at our option, replace any defective part of the system, including wiring and batteries, and will make any needed mechanical adjustments, all at no charge to you. We will use new or functionally operative parts for replacements. This limited warranty is for your benefit only, and may not be enforced by any other person. This limited warranty gives you specific legal rights. The laws of the state where this Contract was signed may also give you additional rights. For service call 800-662-5378.

13. EXTENDED LIMITED WARRANTY (Quality Service Plan). If you purchased our Extended Limited Warranty, we will repair or, at our option, replace any part of the System requiring such repair or replacement due to ordinary wear and tear or malfunction of the System not due to external causes. We will use new or functionally operative parts for replacements. The Extended Limited Warranty and the billing for it will commence as of the date the System is installed, operational, and the necessary communications connection is completed and will continue for the term of this Contract, except, you will after the three (3) month Limited Warranty Period, be charged a $25 trip charge for each service call during the Extended Warranty period. The Extended Limited Warranty will automatically renew for successive thirty (30) day terms at our then-current Extended Limited Warranty rate unless terminated by either parties written notice at least thirty (30) days before the end of the then-current term. If you purchase the Extended Limited Warranty after the initial system installation, your system must be in good working condition at the time of the Extended Limited Warranty purchase. To purchase Extended Limited Warranty call 800-662-5378. In the event that you did not enter into an agreement with us to provide Extended Limited Warranty services, charges for repair services will be billed to you based upon our service rates in effect at the time repair service is rendered. Such service rates are subject to change without notice. You acknowledge that it is your responsibility to make and pay for all repairs and replacements should any part of the Equipment be damaged by lightening, electrical surges, or other acts of God, fire, riot, war, terrorism, negligence, vandalism, or any external cause.

14. WARRANTY EXCLUSIONS. We perform warranty services only during our normal working hours. IF YOU REQUEST US TO PERFORM WARRANTY SERVICES OUTSIDE OUR NORMAL WORKING HOURS, YOU WILL BE REQUIRED TO PAY US FOR THE SERVICES AT OUR THEN APPLICABLE RATES FOR LABOR AND PARTS. THE LIMITED WARRANTY AND, IF PURCHASED, THE EXTENDED LIMITED WARRANTY DO NOT APPLY IF WE DETERMINE UPON INSPECTION THAT ANY OF THE FOLLOWING CONDITIONS CAUSED THE NEED FOR SERVICE: A. Damage resulting from accidents, theft, Acts of God, alterations or misuse: B. You fail to properly close or secure a door, window or other point protected by an alarm device; C. You fail to properly follow the operating instructions; D. Trouble in a telephone line, use of nonstandard telephone line or service (including but not limited to DSL, ADSL, VOIP, etc.) or due to interruption of power; E. Repairs needed to window foil, security screens, exterior mounted devices or PROM (Programmable Read Only Memory); F. Ordinary maintenance or wear and tear (not excluded as to Extended Limited Warranty/Quality Service Plan (QSP)); G. Alterations to your premises; or H. Alterations to the system made at your request, or made necessary by a change to your premises, damage to your premises or the alarm system, or for any other cause beyond our control. We will not perform warranty services on any device not installed by us. You must furnish the necessary electrical power through your meter at your expense to obtain warranty services. I. If you fail to test the Equipment at least weekly, we will not be responsible for any warranties or services provided under this Contract. Our obligation to provide replacement or repair service under this Contract shall be conditioned upon the continued availability of the original part or component from the original manufacturer.

15. NO OTHER WARRANTIES. OTHER THAN THE LIMITED WARRANTY AND, IF PURCHASED, THE EXTENDED LIMITED WARRANTY, WE MAKE NO GUARANTY OR WARRANTY OF ANY KIND, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO THE SERVICES WE PERFORM OR THE SYSTEMS WE PROVIDE UNDER THIS CONTRACT. YOUR EXCLUSIVE WARRANTY REMEDY IS SET FORTH ABOVE. WE ARE NOT LIABLE TO YOU OR ANY OTHER PERSON FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES. SOME STATES MAY NOT ALLOW US TO LIMIT THE LENGTH OF AN IMPLIED WARRANTY OR TO EXCLUDE OR LIMIT INCIDENTAL OR CONSEQUENTIAL DAMAGES. THE LAWS OF THE STATE WHERE THIS CONTRACT WAS SIGNED WILL DETERMINE WHETHER THESE LIMITATIONS AND EXCLUSIONS APPLY.

16. REPAIRS AND PARTS REPLACEMENT. At your request we will repair or replace the equipment we provided at our then-prevailing prices after the Limited Warranty and, if purchased, the Extended Limited Warranty expire. At your request we will also repair or replace anything excluded from the Limited Warranty and Extended Limited Warranty at our then-prevailing prices.

17. ALARM MONITORING AND NOTIFICATION SERVICE. We will provide alarm monitoring and notification services and investigator response services if the first page of this Contract includes a charge for such services. If you have elected for us to provide alarm service that requires Police Response, Fire Department Response, Investigator Response service or Two Way Voice monitoring services and such an alarm is received at our alarm monitoring center, we may, at our sole discretion, attempt to contact you and/or anyone on your Emergency Information Schedule by telephone/Two Way Voice to confirm that the alarm is not false. If we fail to contact you and/or someone on your Emergency Information Schedule, or if we question the response we receive upon such contact, we will attempt to notify the appropriate police department or fire department or, if investigator response service is being furnished, we will for an alarm that requires police response, endeavor to dispatch a representative to make an investigation of the exterior of the premises from his vehicle and, upon evidence of an attack, we will attempt to notify the appropriate police department. You agree that we shall have no liability pertaining to any Two Way Voice communications or Internet Video recordings or their publication. If you have elected for us to provide Supervisory Alarm or Trouble Alarm monitoring services and such an alarm is received at our alarm monitoring center, we will attempt to notify the representative you designate. The person(s) identified on your Emergency Information Schedule are authorized to act on your behalf and the checked box persons are authorized to cancel an alarm prior to notification of authorities. You understand that the equipment we provide may not operate with other companies' alarm monitoring equipment. This may prevent you from using such equipment in the event you terminate our services. You understand that local laws, ordinances or policies may restrict our ability to provide the alarm monitoring and notification services described in this Contract. You understand that, upon receiving notification that a fire or carbon monoxide signal has been received by us, the police, fire department or other responding authority may forcibly enter your residence. WE WILL NOT ARREST OR DETAIN ANY PERSON. You acknowledge that if the phone service is disconnected in any manner whatsoever, or not working for any reason, alarm signals cannot be transmitted to a central station or to an outside monitoring facility, if applicable. You acknowledge that additional protection was made available to you and declined. We reserve the right to employ outside monitoring facilities and guard response services. You acknowledge that this Contract, particularly those paragraphs relating to disclaimers of warranties, limitation of liability, liquidated damages and indemnification, inure to the benefit of and are applicable to any outside monitoring facilities and guard response services employed by us, as well as ourselves, and that they bind you with respect to the monitoring facility and/or guard response service in the same manner and with the same force and effect that they bind you to us. Monitoring Services are initiated upon activation of the Equipment, receipt of satisfactory signals sent by the central station, and receipt of all necessary fire and police permits from you. We may have the ability to program the equipment from our facilities and you acknowledge that changes in the programming of the Equipment may be made upon request by you, upon default and/or termination of the Monitoring Services, or at our discretion if required to provide Monitoring Services.

18. FAMILIARIZATION PERIOD. UNLESS YOU HAVE REJECTED THE FAMILIARIZATION PERIOD BY INITIALING THE APPROPRIATE LINE ON THE FIRST PAGE OF THIS CONTRACT (EXCEPT WHERE FAMILIARIZATION IS REQUIRED BY LAW), YOU AGREE THAT DURING A SEVEN (7) DAY FAMILIARIZATION PERIOD FOLLOWING COMPLETION OF THE INSTALLATION (AND DURING ANY APPLICABLE EXTENSIONS) WE HAVE NO OBLIGATION TO, AND WILL NOT, RESPOND TO ANY ALARM SIGNAL FROM YOUR PREMISES THAT IS RECEIVED AT OUR ALARM MONITORING CENTER. YOU ALSO AGREE THAT DURING SUCH PERIOD WE HAVE NO OBLIGATION TO, AND WILL NOT, NOTIFY ANY AUTHORITIES, YOU OR YOUR DESIGNATED REPRESENTATIVE, OR TAKE ANY OTHER ACTION WITH REGARD TO ANY ALARM SIGNAL WE RECEIVE, EVEN IF DUE TO AN ACTUAL EMERGENCY EVENT.

19. FAILURE TO PAY CHARGES OR HONOR CONTRACT. If you fail to make any payment when due or fail to honor any other term or condition of this Contract, we may stop providing the alarm monitoring and notification services and reprogram or disable the equipment with or without notice. You agree that you will grant us access to your residence to allow us to reprogram or disable the equipment. You agree that we have no liability if we stop providing the alarm monitoring and notification services and reprogram or disable the equipment. You agree that we are not required to redecorate or repair your premises. We do not waive our right to any other legal remedy, including our right to charge you a late fee at the highest legal amount for each month that a payment is not received or interest at the highest legal rate on the unpaid amount, by stopping to provide the monitoring and notification services or reprogramming or disabling the equipment.

20. SMOKE DETECTOR AND OTHER WARNINGS. Our electrical smoke detectors are designed to be connected to an electrical power source. THESE SMOKE DETECTORS WILL NOT OPERATE, THE ALARM WILL NOT SOUND, AND THE ALARM SIGNAL WILL NOT BE TRANSMITTED, IF THE ELECTRICITY IS CUT OFF AND THE BACKUP BATTERY, IF PART OF THE SYSTEM, IS LOW OR DEAD. If there is any fire, the electricity may cut off before the alarm can function and the alarm will not sound, and the alarm signal will not be transmitted. Connecting these smoke detectors to a separate dedicated electrical circuit increases their reliability. However, even dedicated circuits can fail. WE RECOMMEND THAT YOU INSTALL A BATTERY POWERED SMOKE DETECTOR AS A BACKUP SYSTEM. YOU SHOULD REGULARLY INSPECT YOUR SMOKE DETECTORS FOR DIRT AND DUST BUILD-UP AND TEST THEM WEEKLY TO MAINTAIN CONTINUED OPERATION. Smoke detectors can significantly help to reduce loss, injury and death. However, no matter how good any detection device is, nothing works perfectly under every circumstance. WE WARN YOU THAT A SMOKE DETECTOR WILL NOT ENSURE THAT YOU WILL NEVER SUFFER DAMAGE OR INJURY. Our battery-powered motion detectors, smoke detectors, door and window contact transmitters, and other detection sensors, if installed under this Contract, are not connected to the electrical system of your premises. Such detection sensors require batteries to operate. THESE BATTERY POWERED DETECTION SENSORS WILL NOT OPERATE, AND THE ALARM WILL NOT SOUND, IF THE BATTERIES ARE LOW OR DEAD. You are responsible for maintaining the batteries. You should regularly inspect such sensors for dirt and dust buildup and test them weekly to help maintain continued operation. WE STRONGLY RECOMMEND THAT YOU CAREFULLY READ THE OWNER'S MANUAL FOR ALL EQUIPMENT. THE OWNER'S MANUAL CONTAINS VERY IMPORTANT INFORMATION SUCH AS OPERATING INSTRUCTIONS AND EQUIPMENT TESTING AND MAINTENANCE PROCEDURES. YOU SHOULD ALSO READ ALL INSTRUCTIONS, WARNINGS AND OTHER INFORMATION ON THE EQUIPMENT ITSELF.

        ASSIGNEE'S COPY

## ATTACHMENT TO ALARM SERVICES CONTRACT
### Important Terms and Conditions (continued)

21. COMMUNICATION FACILITIES. A. AUTHORIZATION. You authorize us, on your behalf, to request services, orders or equipment from a telephone company or other company providing signal transmission services or facilities under this Contract (referred to as "Telephone Company"). B. DIGITAL COMMUNI-CATOR. You understand that a digital communicator, if installed under this Contract, uses standard telephone lines for sending signals which eliminates the need for a dedicated telephone line and the costs associated with such dedicated lines. YOU ALSO UNDERSTAND THAT WE WILL NOT RECEIVE ALARM SIG-NALS WHEN THE TELEPHONE LINE OR OTHER TRANSMISSION MODE IS NOT OPERATING OR HAS BEEN CUT, INTERFERED WITH OR IS OTHERWISE DAMAGED, OR WHEN ANY NON-STANDARD TELEPHONE LINE OR SERVICE (INCLUDING BUT NOT LIMITED TO DSL, ADSL, VOIP, ETC.) IS BEING USED. C. DERIVED LOCAL CHANNEL. The Telephone Company's services provided to you in connection with our services may include Derived Local Channel serv-ice. Such service may be provided under the Telephone Company's service marks or service names. These services include providing lines, signal paths, scan-ning and transmission. You agree that the Telephone Company's liability is limited to the same extent our liability is limited in Paragraphs 5, 6, 7, 8, 9 and 10 of this Contract. D. RADIO AND INTERNET INTERFACE. You understand that if your alarm system is connected to our alarm monitoring center by radio fre-quency or internet connection method there may be times when the system is unable to acquire, transmit or maintain an alarm signal. Such radio frequency and internet methods include cellular or private radio or through an internet communication facility or internet service provider(s). If a radio frequency or internet connection is utilized, we recommend you also use an additional method of communication to connect to our alarm monitoring center.

22. CANCELLATION. We may, at any time, cancel this Contract at our option if: A. Our alarm monitoring center is destroyed or damaged so that it is imprac-tical for us to continue service; B. We cannot acquire or retain the transmission connections or authorization to transmit signals between your premises and our alarm monitoring center or the applicable fire or police department or other agency, or between our alarm monitoring center and the applicable fire or police department or other agency; C. You fail to follow our recommendations to repair or replace any defective parts of the system not covered under the Limited Warranty or Extended Limited Warranty, if purchased; D. You fail to follow our operating instructions for the system; or E. We determine that it is impractical to continue service due to the modification or alteration of your premises after installation. If we cancel for any of the reasons stated immediate-ly above, we will refund any advance payments made for services to be supplied after the date of such termination, less any amounts still due for the installa-tion of the equipment, for services already rendered, and for any other charges due, but we will not be liable for damages or subject to penalty as a result of such termination. We may cancel this Contract with or without notice at our option if: A. You fail to pay any monies when due under this Contract; B. You fail to comply with any other term or condition of this Contract; or C. You fail to maintain your premises in a safe and sanitary condition. If we cancel for any of the reasons stated immediately above, we will not be liable for damages or subject to penalty as a result of such termination. In the event of a default and/or termination of the Contract, we have the right under this Contract to reprogram or disconnect your Equipment so that it no longer communicates with the central station, without notice to you. In the event that we must make a service call to the Monitored Location to terminate the transmission of signals to our central station, you shall pay $50 to us as a disconnect fee. In the event you do not permit us to reprogram or disconnect the Equipment so that it no longer communicates with our central station, you will be responsible for the Monitoring Services charges under the Contract as long as the Equipment is sending sig-nals to our central station.

23. ASSIGNMENT. THIS CONTRACT IS NOT ASSIGNABLE BY YOU EXCEPT UPON OUR WRITTEN CONSENT. WE SHALL HAVE THE RIGHT TO ASSIGN THIS CONTRACT TO ANY OTHER PERSON, FIRM, OR CORPORATION WITHOUT NOTICE TO YOU. WE SHALL HAVE THE FURTHER RIGHT TO SUBCONTRACT ANY INSTALLATION AND/OR SERVICES, INCLUDING BUT NOT LIMITED TO, MONITORING SERVICES AND/OR LIMITED WARRANTY/EXTENDED LIMITED WARRANTY SERVICES WITH WHICH WE MAY PERFORM. YOU ACKNOWLEDGE THAT THIS CONTRACT AND PARTICULARLY THOSE PARAGRAPHS RELAT-ING TO OUR LIMITED LIABILITY, DISCLAIMER OF WARRANTIES, AND THIRD PARTY INDEMNIFICATION INURE TO THE BENEFIT OF AND ARE APPLICA-BLE TO ANY ASSIGNEES AND/OR SUBCONTRACTORS WITH THE SAME FORCE AND EFFECT AS THEY BIND YOU TO US. YOU FURTHER ACKNOWLEDGE THAT AN ASSIGNEE OF THIS CONTRACT SHALL NOT BE RESPONSIBLE FOR CLAIMS, LIABILITIES, OR DAMAGES WHICH ACCRUED PRIOR TO THE DATE OF SUCH ASSIGNMENT.

24. DELAYS. WE HAVE NO RESPONSIBILITY OR LIABILITY TO YOU OR ANY OTHER PERSON FOR DELAYS IN THE INSTALLATION OR REPAIR OF THE SYSTEM OR THE PERFORMANCE OF OUR SERVICES, REGARDLESS OF THE REASON, OR FOR ANY RESULTING CONSEQUENCES. WE HAVE NO RESPON-SIBILITY OR LIABILITY FOR INTERRUPTIONS OF SERVICE, OR ANY RESULTING CONSEQUENCES, WHETHER DUE TO STRIKE, RIOT, FLOOD, FIRE, TER-RORISM, ACT OF GOD, OR ANY OTHER CAUSE BEYOND OUR CONTROL. DURING ANY SUCH SERVICE INTERRUPTION, WE HAVE NO OBLIGATION TO SUPPLY YOU SUBSTITUTE SERVICES.

25. ELECTRONIC MEDIA. You agree that we may scan, image or otherwise convert this Contract into an electronic format of any nature. You also agree that a copy of this Contract produced from such electronic format is legally equivalent to the original for any and all purposes, including litigation. Likewise, you agree that ADT's receipt by fax of the Contract signed by you legally binds you and such fax copy is legally equivalent to the original for any and all purposes, including litigation.

26. MEDICAL - You understand and accept that we specifically disclaim any responsibility for Services associated with the notification or dispatching of para-medics, doctors, and other medical personnel and/or ambulance services and if there are any charges incurred as a result of said notification, said charges shall be your responsibility, whether requested or not and whether such entities were correctly or incorrectly notified by us.

27. TESTING: It is your responsibility to test the Equipment weekly.

28. THIRD PARTY INSTALLATIONS: In the event your Equipment was not installed by us or our subcontractor, we make no warranty or representation that the equipment will function properly and we reserve the right to terminate our obligations under this Contract at any time with written notice to you. You acknowl-edge that if the Equipment was installed by a third party, that the relationship between the third party is that of principal and independent contractor, and not of an employer and employee.

29. NOTICES AND GENERAL LEGAL MATTERS: A. Unless otherwise provided in the Contract all notices under this Contract are to be signed and dated, in writing, and are to be sent by US Mail, postage prepaid, addressed to us or you at the address shown on the front of this Contract. We will notify each other in writing of any change of address for the purpose of giving notice under this Contract. Notices are effective five (5) days after the date sent. B. If a court determines that any provision of this Contract is invalid or unenforceable, that provisions shall be deemed amended and enforced to the maximum permitted by state law, however, each and every other provision of this Contract shall continue to be valid and enforceable. C. The accompanying Emergency Information Schedule, Schedule of Protection, and any applicable riders or addendums are incorporated into and made part of this Contract.

30. INSPECTION SERVICE: Where Inspection Service is provided under this Contract, we will perform periodic inspections of the Equipment in the manner and frequency indicated on the front side of this Contract. You authorize us to make any repairs necessitated by damaged or malfunctioning Equipment noted during such an inspection. You further agree to pay us for service and equipment charges in connection with those repairs at the then current rates charged by us unless you purchased Extended Limited Warranty Service under the terms listed in this Contract.

31. INVESTIGATOR RESPONSE SERVICE: Where Investigator Response Service is provided under this Contract, we have entered into a separate agreement with an Investigator Response Service to provide investigator response at your option. Neither we nor the Investigator Response Service will be liable for our or Investigator Response Service's failure to perform hereunder due to acts of God, fire, strikes, work stoppages, difference with workmen, restrictions imposed by government agencies, war, riot, or any cause beyond our or the Investigator Response Service's control as the case may be. Investigator Response Service may be terminated or substituted at any time at our option.

32. ENTIRE CONTRACT. THIS CONTRACT AND THE ACCOMPANYING SCHEDULE OF PROTECTION AND EMERGENCY INFORMATION SCHEDULE CON-STITUTE OUR ENTIRE CONTRACT. THE TERMS AND CONDITIONS OF THIS CONTRACT APPLY AS PRINTED WITHOUT ALTERATION OR QUALIFICATION, UNLESS A CHANGE IS APPROVED IN WRITING BY OUR AUTHORIZED REPRESENTATIVE. THE TERMS AND CONDITIONS OF THIS CONTRACT SHALL GOV-ERN EVEN IF YOU SUBMITTED A PURCHASE ORDER OR OTHER DOCUMENT WITH INCONSISTENT OR ADDITIONAL TERMS AND CONDITIONS.

33. LICENSE INFORMATION: A L Alabama Electronic Security Board of Licensure, 7956 Vaughn Rd., PMB 292, Montgomery, AL 36116 (334) 264-9388; A R Regulated by Arkansas Bd. of Private Investigators & Private Security Agencies, #1 State Police Plz. Dr., Little Rock, AR 72209 (501) 618-8600; CA Alarm com-pany operators are licensed and regulated by the Bureau of Security and Investigative Services, Department of Consumer Affairs, Sacramento, CA, 95814. Upon completion of the installation of the alarm system, the alarm company shall thoroughly instruct the purchaser in the proper use of the alarm system. Failure by the licensee, without legal excuse, to substantially commence work within 20 days from the approximate date specified in the agreement when the work will begin is a violation of the Alarm Company Act: NM The Construction Industries Licensing Act does not protect the consumer if the contractor defaults.: NY Licensed by NYS Dept. of State; N C Alarm Systems Lic'g Bd., 1631 Midtown Pl., Ste. 104, Raleigh, NC 27609 (919) 875-3611; TX Texas Commission on Private Security, 5805 N. Lamar Blvd., Austin, TX 78752-4422, (512) 424-7710.