1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7
                              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9    JOHN FAULKNER,

10              Plaintiff,                             No. C 11-00968 JSW

11       v.

12   ADT SECURITY SERVICES, INC., ET AL.,             **ORDER VACATING HEARING**

13              Defendants.
                                                  /
14

15          Now before the Court is the motion to dismiss filed by Plaintiff John Faulkner

16   ("Plaintiff") for leave to amend his complaint.  The Court finds that this matter is appropriate

17   for disposition without oral argument and is hereby deemed submitted.  *See* Civ. L.R. 7-1(b).

18   Accordingly, the hearing set for July 19, 2013 is HEREBY VACATED.  The Court shall issue a

19   ruling in due course.

20          **IT IS SO ORDERED.**

21

22   Dated: July 12, 2013                         _____
                                                  JEFFREY S. WHITE
23                                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28

*United States District Court*
For the Northern District of California