**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN FAULKNER,

    Plaintiff,

v.

ADT SECURITY SERVICES, INC., ET AL.,

    Defendants.

No. C 11-00968 JSW

**AMENDED ORDER VACATING HEARING**

Now before the Court is the motion to dismiss filed by Plaintiff John Faulkner ("Plaintiff") for leave to amend his complaint. The Court finds that this matter is appropriate for disposition without oral argument and is hereby deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for July **26**, 2013 is HEREBY VACATED. The Court shall issue a ruling in due course.[1]

**IT IS SO ORDERED.**

Dated: July 19, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] The Court amends this Order solely to correct the hearing date.